**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**IN RE:**

**CURTIS W. ZOOK** **CASE NO: 16-03032-RLM-13**
**LYNN ANNE ZOOK**

**Debtors**

---

**CURTIS W. ZOOK** **Adversary Proc. No. _____**
**LYNN ANNE ZOOK**

**Plaintiff**

**vs.**

**CITIMORTGAGE, LLC**

**Defendant**

---

## Complaint to Determine Extent of Mortgage

### Introduction

1. This is an action to move the Court, pursuant to 11 U.S.C. 1322(b), to determine whether or not Citimortgage, LLC has a valid and perfected lien on the debtors' real estate located at 480 Hess Road, Martinsville, Indiana 46151 – see attached legal description denoted " Exhibit A".

### Parties

2. The Debtors are natural persons residing in the City of Martinsville, County of Morgan, State of Indiana, and are also Debtors pursuant to the provisions of Chapter 13 of Title 11 of the United States Code.

3. The Debtors are consumers and debtors as those terms are defined under applicable Federal and State statutes.

4. Citimortgage LLC is purportedly a creditor and maintains a place of business, which to the best of Debtor's knowledge and belief is its principal place of business, at 1000 Technology Drive, O'Fallon MO 63368; or at PO Box 6030 Sioux Falls SD 57117-6030 (address obtained from POC filed in previous case) and is listed as a creditor on Schedule "D".

## Facts

5. That debtor filed a case on April 22, 2016 - referred to as the "Petition Date."

6. The Creditor/Defendant, Citimortgage LLC , obtained an assignment of this mortgage, which originated on July 16, 2007 with First Option Mortgage (per documents attached to claim filed in previous chapter 13 case).

7. The value of the Property as of the Petition Date is $130,000.00.

8. That the total amount of the lien held by first mortgage holder Fannie Mae/Seterus is $15,920.68.

9. The claims bar expired in this case on August 24, 2016.

10. To date, purported creditor Citifinancial LLC has failed to assert a claim in this case.

11. Counsel for the debtors has called and emailed and filed a claim for this creditor in an attempt to get them to file a claim and assert an interest in the subject real estate.

12. The failure to file a claim or to respond to any efforts undertaken by counsel to elicit a claim should allow the Court to determine that Citimortgage LLC has no legal claim to the real estate listed in the debtors' petition, and further, that any lien that may be recorded should be declared null and void.

WHEREFORE, the Debtor respectfully prays that, after notice and hearing as may be required, this Court enter an Order avoiding said purported second mortgage as a lien against debtor's real property located at 480 Hess Road, Martinsville, Indiana 46151 and further declaring that any such recorded lien shall be declared null and void, and for all other proper relief.

By: /s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49
Law Office of Mark S. Zuckerberg, PC
429 North Pennsylvania Street, Suite 100
Indianapolis, Indiana 46204
filings@mszlaw.com

Exhibit A

Lot number Seven (7) in ROLLING RIDGE SUBDIVISION, a subdivision in Washington Township, as per plat thereof recorded in Deed Record 176, page 429 in the Office of the Recorder at Morgan County, Indiana,

EXCEPT a part of Lot Number Seven (7) in ROLLING RIDGE SUBDIVISION, the Plat of which is recorded in Deed Record 176, page 429 in the Office of the Recorder of Morgan County, Indiana, being described as follows:

Beginning at the northeast corner of said lot, thence South 0 degrees 05 minutes 41 seconds West 31.141 meters (102.17 feet) along the east line of said lot; thence North 12 degrees 43 minutes 04 seconds West 17.461 meters (57.29 feet); thence North 0 degrees 28 minutes 30 seconds East 14.116 meters (46.31 feet) to the north lone of said lot; thence South 89 degrees 54 minutes 19 seconds East 3.778 meters (12.40 feet) along said north line to the point of beginning and containing 87.0 square meters (936 square feet), more or less.

Commonly known as : 480 Hess Road, Martinsville Indiana 46151